NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIYAHU WEINSTEIN,<br><br>    Defendant. | Civil Action No. 14-cr-219 (JAP)<br><br>**ORDER** |

PISANO, District Judge

Presently before the Court is Defendant, Eliyahu Weinstein's ("Defendant" or "Weinstein") motion to dismiss the indictment [docket # 71]. The government opposes this motion [docket #75]. The Court having read and considered the papers thereto, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 8th day of December, 2014,

**ORDERED** that Defendant's motion to dismiss the indictment [docket #71] is DENIED in its entirety.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge