UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

UNITED STATES OF AMERICA         :

                             :       Docket No.: 14-CR-219 (JAP)

       -v-                    :

                             :

ELIYAHU WEINSTEIN           :       **Notice of Appeal to the**

                             :       **United States Court of Appeals for the**

        Defendant.        :       **Third Circuit**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Notice is hereby given that Defendant Eliyahu Weinstein appeals to the United States Court of Appeals for the Third Circuit from the Judgment filed on December 16, 2014 (Dkt. #84) and the Order by the Honorable Joel A. Pisano of the United States District Court, District of New Jersey entered in this action on December 8, 2014 (Dkt. # 81).

Dated: December 30, 2014               Respectfully,

                                        /s/ Eric M. Creizman
                                        Eric M. Creizman (EC-7684)
                                        Creizman PLLC
                                        565 Fifth Avenue, Fl. 7
                                        New York, New York 10017

                                        P: (212) 972-0200
                                        F: (646) 200-5022
                                        E: ecreiz@creizmanllc.com

                                        *Attorneys for Eliyahu Weinstein*