UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 14-3122 & 15-1039
_____

UNITED STATES OF AMERICA

v.

ELIYAHU WEINSTEIN,
     Appellant
_____

Appeal from the United States District Court
for the District of New Jersey
(D.N.J. No. 3-11-cr-00701-001 & 3-14-cr-00219-001)
District Judge: Honorable Joel A. Pisano
_____

Argued April 19, 2016

Before: McKEE, Chief Judge, AMBRO, and RESTREPO, Circuit Judges

_____

OPINION
_____

  These causes came to be heard on the record before the United States District Court for the District of New Jersey and were argued on April 19, 2016.

  On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgments of the District Court dated June 11, 2014 and December 17, 2014 are hereby affirmed. All of the above in accordance with the opinion of this Court.

                                                                             ATTEST:

Dated: August 12, 2016                          s/Marcia M. Waldron
                                                                                  Clerk